# MINUTE ORDER

Page 3

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 4/25/2022    Time: 1:30 p.m.

Defendant: JHONNATHAN MARIN SANGUINO   J#: 97617509   Case #: 22-CR-20164-MARTINEZ

AUSA: Michael Berger     Attorney: MICHAEL BRIAN NADLER (Temp) ✓

Violation: CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE U.S.    Surr/Arrest Date: 4/25/2022    YOB: 1978

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ○ Yes ○ No     Recommended Bond:

Bond Set at: $100K PSB (STIP)     Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services / Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] No firearms or dangerous weapons
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am paid by
- [x] Must reside at address given on the record
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [x] Other: Travel is limited to Southern District of Florida only

Language: Spanish

Disposition:
- Deft. advised of rights and charges
- Deft consents to appear via VTC
- $100K PSB (STIP)
- Bond paperwork due 4/26/22
- Deft released today
- Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: 5/16/22   10:00   Duty

PTD/Bond Hearing:

Prelim/Arraign or Removal: 5/16/22   10:00   Duty

Status Conference RE:

D.A.R. 13:37:19 ; 14:12:22 ; 14:21:08     Time in Court: 19 Minutes

s/Chris M. McAliley          Magistrate Judge