UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20164-CR-JEM

UNITED STATES OF AMERICA

vs.

JHONNATHAN TEODORO MARIN SANGUINO

        **Defendant.**
_____/

**NOTICE OF RELATED CASE**

The United States, by and through the undersigned Assistant United States Attorney, hereby files this notice, pursuant to Local Rule 3.8, that this criminal case, <u>United States v. Jhonnathan Teodoro Marin Sanguino</u>, 22-20614-CR-JEM, (the "Marin Criminal Case") is related to the criminal case of <u>United States v. Carlos Enrique Urbano Fermin</u>, 20-20163-CR-RNS (the "Urbano Criminal Case").

The Information in the Marin Criminal Case charges Jhonnathan Teodoro Marin Sanguino with money laundering and bribery involving Venezuelan corruption relating to the awarding of contracts by subsidiaries of Venezuela's state-owned oil company – PDVSA. The Information in the Marin Criminal Case alleges Marin received bribes and/or proceeds of bribes from two specific co-conspirators (Co-Conspirator 1 and Co-Conspirator 2). Co-Conspirator 2 is Carlos Enrique Urbano Fermin who was similarly charged in the Urbano Criminal Case with money laundering and bribery involving Venezuelan corruption relating, in part, to the award of contracts by subsidiaries of PDVSA.

The undersigned conferred with defense counsel for Jhonnathan Teodoro Marin Sanguino, Michael Nadler, who does not object to a transfer of the Marin Criminal Case to Judge Scola.

Respectfully Submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  /s/ Michael N. Berger
     Michael N. Berger
     Assistant United States Attorney
     Court No. A5501557
     99 Northeast 4th Street
     Miami, Florida 33132
     (305) 961-9445
     (305) 536-4699 (fax)
     Michael.Berger2@usdoj.gov

3

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on May 9, 2022.

By:     /s/ Michael N. Berger
           Assistant United States Attorney