UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 22-20164-CR-MARTINEZ**

UNITED STATES OF AMERICA,

v.

JHONNATHAN TEODORO MARIN SANGUINO,

    Defendant.
_____/

**ORDER OF TRANSFER**

    This matter is before this Court upon the Government's Notice of Related Case. (ECF No. 5.) Good cause appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case Number 20-20163-CR-RNS, and subject to the consent of Judge Robert N. Scola, Jr., it is

    ORDERED that the above numbered case is transferred to the calendar of Judge Robert N. Scola, Jr., for all further proceedings.

    DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of June, 2022.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

ORDERED that all pleadings filed after this date shall bear the following case number **22-20164-CR-RNS**, indicating the Judge to whom all pleadings should be routed.

DONE AND ORDERED in Chambers at Miami, Florida, on June 9, 2022.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record