United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Jhonnatan Teodoro Marin Sanguino,<br>USM No. 97617-509<br>Defendant. | )<br>)<br>)<br>)<br>)   Criminal Case No. 22-20164-CR-Scola<br>)<br>)<br>)<br>) |

**<u>Order Granting Motion to Extend Surrender Date</u>**

This matter is before the Court on Defendant's Joint Motion to Extend Surrender Date, filed November 27, 2023, it is hereby

**Ordered and Adjudged** that Defendant's Joint Motion to Extend Surrender Date (**ECF No. 42**) is **granted**. Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons at **12:00 noon on February 27, 2024**. If not designated by the specified date, the defendant shall surrender to the U.S. Marshals Service at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, 6th floor, Miami, Florida 33128.

**Done and Ordered** in Miami, Florida, on November 27, 2023.

_____
Robert N. Scola, Jr.
United States District Judge

cc:   Counsel of record
      U.S. Probation Officer
      U.S. Marshals Service